

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00770-CR

Tiffany **NEMECEK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 355th Judicial District Court, Hood County, Texas
Trial Court No. CR12464
The Honorable Ralph H. Walton Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  May 21, 2014

DISMISSED

On May 7, 2014, we abated this appeal for an abandonment hearing. Because appellant has filed a motion to dismiss that complies with Texas Rule of Appellate Procedure 42.2(a), we vacate our order of May 7, 2014, and grant appellant's motion to dismiss. Accordingly, this appeal is dismissed.

PER CURIAM

Do not publish